UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TREANDOUS COTTON,

    Plaintiff,

  v.

JEFFERY BEARD, et al.,

    Defendants.

Case No.  15-cv-01577-JST   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on September 10, 2015, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff, Treandous Cotton Pro Se.

    (  )  Warden or warden's representative

    ( X )  Office of the California Attorney General, Sharon Garske.

    ( X )  Other:  Patricia Lee for California Department of Corrections and Rehabilitation.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X )  The case has been completely settled.  A telephonic status conference is scheduled for October 20, 2015 at 1:00 pm.  The parties are instructed to dial 888-684-8852 and enter access code 1868782 to make their appearances.

    (  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

1 attached remain for this Court to resolve.

2     ( ) The parties are unable to reach an agreement at this time.

3    **IT IS SO ORDERED.**

4 Dated: September 11, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TREANDOUS COTTON,

    Plaintiff,

  v.

JEFFERY BEARD, et al.,

    Defendants.

Case No.  15-cv-01577-JST   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 11, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Treandous Cotton ID: #:T-97805
Salinas Valley State Prison
P.O. Box 1050, C3#105
Soledad, CA 93960

Dated: September 11, 2015

Susan Y. Soong
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3