UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREANDOUS COTTON,<br>　　　　Plaintiff,<br>　　v.<br>JEFFERY BEARD, et al.,<br>　　　　Defendants. | Case No. 15-cv-01577-JST (PR)<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 15 |

Pursuant to plaintiff's notice of voluntary dismissal (dkt. no. 15), this case is DISMISSED with prejudice. See Fed. R. Civ. P. 41(a).

The Clerk shall forward a copy of this order to the Ninth Circuit Court of Appeals and close the file.

**IT IS SO ORDERED.**

Dated: September 25, 2015

_____
JON S. TIGAR
United States District Judge